JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
sshanberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300 / Fax: (650) 565-5100

LARRY L. SHATZER*
lshatzer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8803 / Fax: (202) 973-8899
*pro hac vice pending

JOSE C. VILLARREAL*
jvillarreal@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746
Telephone: (512) 338-5424 / Fax: (512) 338-5499
*pro hac vice pending

Attorneys for Plaintiff
MAXLINEAR, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| MAXLINEAR, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SILICON LABORATORIES INC., a Delaware corporation, <br><br> Defendant. | CASE NO.: 3:12-cv-01161-H-MDD <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF MAXLINEAR, INC.** <br><br> Demand for Jury Trial |

1   Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff MaxLinear, Inc. ("MaxLinear")
2   declares that it has no parent corporation and that no publicly held corporation owns 10% or
3   more of MaxLinear's stock.
4
5   Dated:  May 15, 2012                           WILSON SONSINI GOODRICH & ROSATI
6                                                  Professional Corporation
7
                                                   By:   /s/ James C. Yoon
8                                                             James C. Yoon
9                                                  Attorneys for Plaintiff MaxLinear, Inc.

**CERTIFICATE OF SERVICE**

On this date, I served **RULE 7.1 DISCLOSURE STATEMENT** on the person listed below, by placing the document described above in an envelope addressed as indicated below, which I sealed. I placed the envelope for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

Nester Ho, Esq.
General Counsel
Silicon Laboratories, Inc.
400 West Cesar Chavez
Austin, TX  78701

By:   */s/ James C. Yoon*
              James C. Yoon