1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**
9                       **SOUTHERN DISTRICT OF CALIFORNIA**
10

| 11  MAXLINEAR, INC., | CASE NO. 12-CV-1161-H-MDD |
|---|---|
| 12                              Plaintiff, | **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 13      vs. | |
| 14  SILICON LABORATORIES INC., | |
| 15                              Defendant. | |

16      On October 18, 2012, Plaintiff MaxLinear, Inc. ("MaxLinear") filed a motion to file
17 documents under seal in connection with MaxLinear's opposition to Defendant Silicon
18 Laboratories Inc.'s ("Silicon Labs") motion for a preliminary injunction.  (Doc. No. 58.)
19 Specifically, MaxLinear seeks to seal the following documents:
20      1) Exhibits A-S to the Declaration of James C. Yoon (Doc. No. 60-1);
21      2) The Declaration of Adam Spice and accompanying exhibits;
22      3) The Declaration of Madhukar Reddy and accompanying exhibits;
23      4) The Declaration of Thomas W. Britven;
24      5) Portions of the Declaration of Dr. Thomas Rhyne (Doc. No. 60-3); and
25      6) Portions of MaxLinear's Opposition to Silicon Labs' Motion for a Preliminary
26        Injunction.  (Doc. No. 60.)
27 MaxLinear seeks to seal these documents pursuant to the terms of the Court's protective order.
28 (Doc. No. 29 ¶13.)

After reviewing the documents in question, the Court concludes that good cause exists to seal the documents. (Id. ¶7.) Accordingly, the Court grants MaxLinear's motion to file the documents under seal without prejudice to the Court modifying this order at a later time.

**IT IS SO ORDERED.**

DATED: October 19, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT