JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
STEFANI E. SHANBERG, State Bar No. 206717 (sshanberg@wsgr.com)
RYAN R. SMITH, State Bar No. 229323 (rsmith@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300/ Fax: (650) 565-5100

LARRY L. SHATZER, *pro hac vice* (lshatzer@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8803/ Fax: (202) 973-8899

JOSE C. VILLARREAL, *pro hac vice* (jvillarreal@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746
Telephone: (512) 338-5424/ Fax: (512) 338-5499

GREGORY C. SCHODDE, *pro hac vice* (gschodde@mcandrews-ip.com)
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000/ Fax: (312) 775-8100

Attorneys for Plaintiff MaxLinear, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| MAXLINEAR, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>SILICON LABORATORIES INC., a Delaware corporation,<br><br>       Defendant. | CASE NO.: 12-cv-01161-H-MDD<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff MaxLinear, Inc. ("MaxLinear") and Defendant Silicon Laboratories Inc. ("Silicon Labs") have entered into a complete, executed settlement of the above-captioned matter.

The parties will move to dismiss the case with prejudice, subject to the reservation of their rights to assert all respective defenses and affirmative defenses in any subsequent litigation concerning the patents-in-suit.

Dated: October 4, 2013   WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/ James C. Yoon*
James C. Yoon
jyoon@wsgr.com

Attorneys for Defendant MaxLinear, Inc.

Dated: October 4, 2013   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Professional Corporation


By: */s/ Elizabeth S. Balfour*
Elizabeth S. Balfour
ebalfour@sheppardmullin.com

Daniel Yannuzzi
Michael Murphy

VINSON & ELKINS LLP
David B. Weaver (*pro hac vice*)
Christopher V. Ryan (*pro hac vice*)
Jeffrey S. Gritton (*pro hac vice*)

Attorneys for Plaintiff Silicon Laboratories Inc.

**SIGNATURE ATTESTATION**

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ James C. Yoon*
James C. Yoon

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 4, 2013, the foregoing document was filed with the Clerk of the U.S. District Court for the Southern District of California, in compliance with CivLR 5.2 and using the court's electronic filing system (ECF), in compliance with CivLR 5.4.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/ James C. Yoon*
James C. Yoon