UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXLINEAR, INC.<br><br>　　*v.*<br><br>SILICON LABORATORIES INC. | Case No. 3:12-cv-1161-H-MDD;<br>Related Case Nos. 3:12-cv-1765-H-MDD; 3:13-cv-1164-H-MDD |
| SILICON LABORATORIES INC.<br><br>　　*v.*<br><br>MAXLINEAR, INC. | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| MAXLINEAR, INC.<br><br>　　*v.*<br><br>SILICON LABORATORIES INC. | |

These three related cases stem from allegations of patent infringement between Silicon Laboratories Inc. ("Silicon Labs") and MaxLinear, Inc. ("MaxLinear"). On October 4, 2011, the parties filed a notice of settlement informing the Court that the parties had reached a complete, executed settlement. (Doc. No. 211.) On October 18, 2013, the parties jointly moved to dismiss the above titled cases and all claims against MaxLinear by Silicon Labs and against Silicon Labs by MaxLinear, with prejudice to the re-filing of same, subject to the reservation of rights by the parties to assert all their respective defenses and affirmative defenses in subsequent litigation concerning the patents-in-suit.

/ / /

The Court, for good cause shown, grants the joint motion and dismisses with prejudice all claims between the parties. Fed. R. Civ. P. 41(a)(1). MaxLinear and Silicon Labs will each bear their own costs, expenses, and attorneys' fees incurred in the prosecution and defense of their respective claims.

The Court directs the clerk to close all of the above-captioned cases.

IT IS SO ORDERED.

Dated: October 21, 2013

_____
MARILYN L. HUFF, DISTRICT JUDGE
UNITED STATES DISTRICT COURT